MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, SBN 257163
cgonell@morganlewis.com
JOHN D. HAYASHI, SBN 211077
jhayashi@morganlewis.com
ALEXANDER L. GRODAN, SBN 261374
agrodan@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
and JPMORGAN CHASE & CO.

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA M. SIMPSON and REGINA STURDIVANT, individually, on behalf of themselves, all other similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK; JPMORGAN CHASE & CO.; CHASE HOME FINANCE LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:11-cv-985-BEN-CAB<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A. 'S NOTICE OF MOTION AND MOTION TO DISMISS, STAY, OR TRANSFER THE INSTANT ACTION PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>Date:            August 29, 2011<br>Time:           10:30 a.m.<br>Courtroom:   3<br>Judge:          Hon. Roger T. Benitez |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 22527220

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 29, 2011 at 10:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 3 of the above-entitled Court, located at 940 Front Street, San Diego, California, Defendant JPMorgan Chase Bank, N.A. ("Defendant" or "Chase") will and hereby does move this Court for an Order:

1.      Dismissing the instant *Simpson* Action pursuant to the "first-to-file" rule, because there are currently three overlapping actions – *Villegas v. JPMorgan Chase & Co.*, Case No. 4:09-cv-00261-SBA; *Salazar v. JPMorgan Chase & Co.*, Case No. 2:11-cv-04294-PSG; *Hightower v. JPMorgan Chase Bank, N.A.*, Case No. 2:11-cv-01802-PSG – that were already pending at the time of filing.

2.      Or, in the alternative, transferring the proceeding to the Central District of California, where similar cases are currently pending, or staying this action until those earlier-filed cases are decided.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum in support, the Declaration of Carrie A. Gonell and its attached exhibits, the pleadings and records on file in this action, matters on which this Court may take judicial notice, and on such other and further argument and evidence as may be presented at or before the hearing on this matter.

Dated: June 27, 2011                              MORGAN, LEWIS & BOCKIUS LLP


By  /s/Carrie A. Gonell
Carrie A. Gonell
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 22527220

1

DEFENDANT'S NOTICE OF MOTION TO
DISMISS, STAY, OR TRANSFER
CASE NO. 3:11-CV-985-BEN-CAB

1

## PROOF OF SERVICE

2

*Simpson v. JPMorgan Chase Bank, et al.*

3

    I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California  92614.

4

5

    On June 27, 2011, I served on the interested parties in this action the within document(s) entitled:

6

7

               **DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS, STAY, OR TRANSFER THE INSTANT ACTION PURSUANT TO THE FIRST-TO-FILE RULE**

8

9

10

[    ]    **BY FAX: -** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

11

12

[    ]    **BY MAIL: -** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13

14

15

16

17

[    ]    **BY OVERNIGHT MAIL -** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

18

19

20

[    ]    **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** – By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5 Park Plaza, Suite 1750, Irvine, California 92614.

21

22

23

[    ]    **BY ELECTRONIC SERVICE -** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on June 27, 2011.  The transmission was reported as complete and without error.  My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614.  My e-mail address is pmartin@morganlewis.com.

24

25

26

27

28

1

2    [ X ]    **BY E-FILE** – I caused such documents to be transmitted by e-file with the Clerk
         of the Court by using the CM/ECF system, which will send a notice of electronic
3         filing to the following:

4

| LAW OFFICES OF SHELDON A. OSTROFF<br>Sheldon A. Ostroff, APC<br>1441 State Street<br>San Diego, CA 92101<br>Phone: 619.544.0881 | *Attorneys for Plaintiff REGINA SIMPSON* |
|---|---|
| HUFFMAN & KOSTAS<br>James C. Kostas, APC<br>David Huffman, APC<br>1441 State Street<br>San Diego, CA 92101<br>Phone: 619.544.0880 | |

11

12    [ X ] **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of
this Court at whose direction this service was made.

14        Executed on June 27, 2011, at Irvine, California.

15

16                                    Patricia Martin

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

-2-

PROOF OF SERVICE
DB2/ 22432365.1