MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, SBN 257163
cgonell@morganlewis.com
JOHN D. HAYASHI, SBN 211077
jhayashi@morganlewis.com
ALEXANDER L. GRODAN, SBN 261374
agrodan@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:  949.399.7000
Fax:  949.399.7001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN HIGHTOWER and ANN ROSS, individually and on behalf of all other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1-10, Inclusive<br><br>Defendants. | Case No. 11-CV-1802 PSG-PLAx<br><br>Related Actions:<br><br>11-CV-3428 PSG-PLAx<br>11-CV-4294 PSG-PLAx<br>11-CV-5646-PSG-PLAx<br>11-CV-6061-PSG-PLAx<br><br>Hon. Philip S. Gutierrez<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'s REPORT RE: CONSOLIDATION** |
| And Related Actions:<br><br>*Henderson v. JPMorgan Chase Bank; Salazar v. JPMorgan Chase Bank; Al-Chaikh v. JPMorgan Chase Bank; Simpson v. JPMorgan Chase Bank* | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 22806770.2

DEFENDANT JPMORGAN CHASE BANK, N.A.'S
REPORT RE: CONSOLIDATION

On September 26, 2011, the Court ordered that the parties to the above-captioned related cases (the "Related Actions") submit a joint report concerning consolidation of the Related Actions and the appointment of lead counsel. *E.g.*, Case No. 11-CV-1802 PSG-PLAx, Dkt No. 25. Counsel for various Plaintiffs in the Related Actions have indicated to Counsel for Defendant JPMorgan Chase Bank, N.A. ("Chase") that Plaintiffs would propose a draft joint amended complaint and joint report regarding consolidation issues for review by Chase, about which the parties could then confer. As of 2:00 p.m. on November 21, 2011, counsel for Chase has not received a proposed joint report from any of the Plaintiffs, and therefore submits the following statement concerning its position on consolidation issues.

Chase does not oppose the consolidation of the Related Actions for all purposes, including discovery and trial. Chase submits that the case recently transferred to this District, *Khutoretsky v. J.P. Morgan Chase & Co.*, Central District Case No. 11-CV-8147-PSG-PLAx (formerly Southern District of New York Case No. 11-CV-4986), should also be consolidated with the Related Actions, as well as the newly-filed and removed case, *Yanez v. J.P. Morgan Chase Bank, NA*, 11-CV-08217-PSG-PLAx. Chase further submits that any newly-filed, transferred, or removed and related actions should also be consolidated.

If the Court consolidates the Related Actions (including *Khutoretsky* and *Yanez)*, then Chase submits that the Court should also appoint interim lead counsel for the consolidated action.

If the Court does not consolidate these proceedings, then Chase submits that the Court should identify a lead case to proceed with litigation, and stay all other matters, including *Khutoretsky* and *Yanez* mentioned above, pending the outcome of the lead case as the Court indicated it would do at the September 26, 2011 scheduling conference.

| | |
|---|---|
| 1 | Chase submits that a further status conference, to discuss Rule 26 issues, a joint discovery plan for consolidated proceedings, and motion and trial dates, should be scheduled after interim lead trial counsel is appointed (or, after a lead case is identified).  Further discovery and motions, including any pending motions (other than motions to appoint interim lead counsel), should be vacated or temporarily stayed until the further status conference is conducted. |

Dated:  November 21, 2011            MORGAN, LEWIS & BOCKIUS LLP


By    /S/ Carrie A. Gonell
     Carrie A. Gonell

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 22806770.2

2

DEFENDANT JPMORGAN CHASE BANK, N.A.'S
REPORT RE: CONSOLIDATION